MANUFACTURERS TRUST COMPANY, Appellant, v. STATE MUTUAL LIFE ASSURANCE COMPANY OF WORCESTER, MASSACHUSETTS, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of GERTRUDE E. TAYLOR, as Executrix, etc., of HARRY N. TAYLOR, Deceased. GERTRUDE E. TAYLOR, as Executrix, etc., Petitioner, Respondent; EILEEN LOUISE TAYLOR HURLEY and HARRY N. TAYLOR, Beneficiaries under Said Will, Objectants, Appellants.— Decree unanimously affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RIALTO TIMES SQUARE, INC., Respondent, v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of DAVID ROSEN, Respondent, v. NICHOLAS BURNS, Appellant.— Judgment unanimously reversed, the information dismissed and the fine remitted, upon the ground that the People failed to prove beyond a reasonable doubt that the defendant was intoxicated at the time of the happening of the accident which resulted in his arrest. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of MITSUI & CO., LTD., Petitioner, Respondent, for an Order Directing that an Arbitration Proceed between the Said MITSUI & CO., LTD., and HERMAN COHEN and MOSES SALWEN, Copartners Doing Business under the Firm Name and Style of HERMAN COHEN & COMPANY, Appellants.— Orders and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of JACOB RUD (Also Known as JACOB RUDD), an Attorney.— Reference ordered. Order entered November 19, 1937, vacated. [See 252 App. Div. 850.] Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

## (December 14, 1937.)

In the Matter of Proving the Last Will and Testament of SARA M. FRANK, Also Known as Mrs. SARA MOSES FRANK and Mrs. SARA M. FRANK, Deceased. EDGAR A. SAMUEL, Proponent, Appellant; BERTHA BRODLEY, Contestant, Respondent; ADOLPH STERN, Special Guardian for Infant Legatees and Devisees; PAUL ACKERMANN, WILMA ACKERMANN and OTTO MONHEIMER, Respondents.— Order unanimously modified by eliminating from the next to the last paragraph thereof the words " all communications between him and the prospective witnesses on the probate proceeding, all statements and affidavits procured by him as to the decedent or her affairs after the execution of the probated paper and all memoranda, documents or papers used in the preparation of said affidavits or statements," and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.